## 19535.   KIRKLAND *v.* THE STATE.

DECIDED APRIL 9, 1929.

*P. Z. Geer,* for plaintiff in error.   *J. A. Drake, solicitor,* contra.

BLOODWORTH, J.   There is no complaint of any ruling made during the trial of the case.   It is insisted that there is no evidence to support the verdict.   A jury is authorized to believe one witness as against many.   The credibility of witnesses is a matter exclusively for the jury.   Upon a hearing of a motion for a new trial the judge of the trial court who hears the case, has some discretion where there is a conflict of evidence, but this court has none where there is any evidence to support the verdict.   As was said in *Soell* v. *State,* 4 *Ga. App.* 337 (3) (61 S. E. 514).   "Though the evidence of the defendant's guilt is weak and unsatisfactory, this court has no jurisdiction to review a finding of the jury upon an issue of fact."

*Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*